CM# 998664

Indictment # Cause 2014-CR5570
December 2014 Dissmissed then refiled
Cause# ! Dec 9,2014 refingerprinted !

82,398-02

TO: the Supreme Courts                    December 18, 2014

I have concerns about the Writ of Mandamus filed on 11-6-2014 on Cause# 2014-CR5570. it was (dissmissed) an then (refiled) in December 2014. I went to Court on December 12, 2014, but I did not go into court room, I was left in holding tank at courthouse.

On December 9, 2014 I was refingerprinted so, I should have recieved hew indictment cause# on December 12, 2014. As of article (1, section 10 of the Texas Constitution). I have been detained at Bexar county Jail for 239 Day as of arrest on April 23, 2014. I have the right to request my hew indictment cause #! My indictment was done wrong on purpose by Dan the DA in court room 187. I have been here going on 8 month, 239 days. Thank You, if you could forward my hew indictment cause# !

Also (28.01) of Texas Code of Criminal Procedure States I must be in court room for all pretrial Proceedings, If not it is a violation of 14th Amendment wich is Due Process Clause.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2014

Abel Acosta, Clerk

Sincerely Written
Marcus Cooper
#899403, BA-3
200 N. Comal
San Antonio, TX
78207